UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH WHITE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>AUTOMATIC DATA PROCESSING, INC.,<br><br>                    Defendant. | 1:22-cv-04800 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On June 20, 2022, Defendant requested a premotion conference for permission to file its anticipated motion to dismiss the Complaint. ECF No. 4. Defendant subsequently requested that the then-scheduled initial pretrial conference be converted into a premotion conference. ECF No. 9. On September 14, 2022, Plaintiff filed a letter opposing Defendant's request for a premotion conference and stating that Plaintiff intends to file an amended complaint. ECF No. 13.

IT IS HEREBY ORDERED that Plaintiff shall file his amended complaint by October 12, 2022. Defendant shall answer, move to dismiss, or otherwise respond to the amended complaint within 21 days after it is filed. If no amended complaint is filed, Defendant shall answer, move to dismiss, or otherwise respond to the Complaint by October 26, 2022.

Dated: September 28, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge