UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH WHITE,<br><br>        Plaintiff,<br><br> -against-<br><br>AUTOMATIC DATA PROCESSING, INC.,<br><br>        Defendant. | 1:22-cv-04800 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record at today's post-discovery premotion conference, the Court grants Defendant's request for leave to move for summary judgment. Defendant's opening motion papers, including a Joint 56.1 Statement, are due by **November 9, 2023**. Plaintiff's opposition is due by **November 30, 2023**. Defendant's reply is due by **December 11, 2023**.

Dated: October 12, 2023
    New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge