**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEITH WHITE,

                Plaintiff,

-against-                              22 **CIVIL** 4800 (DEH)

## **JUDGMENT**

ADP, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, Defendants' motion for summary judgment is GRANTED as to Count V and DISMISSED without prejudice to refiling in state court as to the remaining claims.

**Dated:** New York, New York

      September 30, 2024

                                                    **DANIEL ORTIZ**
                                        **Acting Clerk of Court**

                        **BY:**

                                                  **Deputy Clerk**