**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEITH WHITE,

              Plaintiff,

  -against-                                  22 **CIVIL** 4800 (DEH)

                                                **<u>AMENDED JUDGMENT</u>**

ADP, INC.,

              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated December 4, 2024, Defendants' motion for summary judgment is GRANTED as to all counts and the case is DISMISSED.

**Dated:**  New York, New York

       December 5, 2024

                                                         **TAMMI M. HELLWIG**
                                                           Clerk of Court

                                      **BY:**

                                                           **Deputy Clerk**